[No. 43157-9-I.   Division One.   January 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID BISSELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01036-0, Kathryn E. Trumbull, J., entered July 27, 1998. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Becker, JJ.

[No. 43179-0-I.   Division One.   January 31, 2000.]

TERRY REVELLE, *Respondent*, v. MARK G. HAMILTON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-12314-1, Robert S. Lasnik, J., entered June 24 and July 17, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, J., concurred in by Grosse and Ellington, JJ.

[No. 43445-4-I.   Division One.   January 31, 2000.]

*In the Matter of the Guardianship of* IRENE R. SINCLAIR.

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-4-00247-1, Michael F. Moynihan, J., entered September 18, 1998. *Reversed* by unpublished per curiam opinion.

[No. 43554-0-I.   Division One.   January 31, 2000.]

JIM R. ROSETH, *Appellant*, v. SEATTLE HOUSING AUTHORITY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-14216-4, Richard D. Eadie, J., entered October 1, 1998. *Affirmed* by unpublished per curiam opinion.